UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: Kearston L Jones                             Case No.  16-50962
                                                    Chapter 13
                                                    Judge HOFFMAN

## NOTICE OF NEW ADDRESS

Debtor now notices the Court, Trustee, and interested parties that her new mailing address is as follows:

**Kearston Jones**
7655 Coppershell Street
Blacklick, OH 43004

## CERTIFICATE OF SERVICE
----------------------

The above notice was served upon the below listed registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court this August 23, 2016:

| | |
|---|---|
| Faye D English | notices@ch13columbus.com |
| U S Trustee | ustpregion09.cb.efc@usdoj.gov |
| Gregory D Delev | bankruptcy@delevlaw.com |
| Brian M Gianangeli | bgianangeli@mifsudlaw.com |
| Christy Prince | cprince@keglerbrown.com, eoneil@keglerbrown.com |
| Jennifer Fate | fate@mmmb.com, admin@mmmb.com |

And on the following by ordinary mail addresses to:

/s/ Ric Daniell
Ric Daniell  0032072
Attorney for Debtor
1660 NW Professional Plaza #A
Col., OH 43220
(614) 459 2001
ricdaniell@hotmail.com